IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DAMIEN ARMEAD GAINES,            )
                                 )
        Petitioner,              )
                                 )
v.                               )        CASE NO. CV414-208
                                 )                 CR410-260
UNITED STATES OF AMERICA,        )
                                 )
        Respondent.              )
                                 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which objections have been filed (Doc. 6). After careful consideration, however, the Court finds Petitioner's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and this case is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this _6th_ day of May 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
MAY -b 2015
CLERK
SO. DIST. OF GA