AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

Damien Armead Gaines

JUDGMENT IN A CIVIL CASE

v.   CASE NUMBER: CV414-208

United States of America

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated May 6, 2015, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; dismissing this case. This action stands closed.



May 6, 2015
Date

Scott L. Poff
Clerk

(By) Deputy Clerk